# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America

Plaintiff(s),

vs.

Case No.: 4:26-CR-0221-SEH

David Glen Shuck

Defendant(s).

**Criminal Information Sheet & Minutes**

Date: _____ 6/4/2026 _____

Interpreter: ☐ Yes ☒ No

Magistrate Judge Steele     Deputy Lynn Tiefenthaler     USPO G. Russell

Date of Arrest: 6/4/2026 _____    Arrested by: USMS _____    ☐ Detention requested by AUSA

Bail Recommendation: $ 10,000.00     ☒ Unsecured

Additional Conditions of Release Recommendation:

    ☒ a. ☒ b. _____      ☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. _____
    ☒ c. ☒ d. ☐ e. ☐ f. ☐ g. ☒ h    ☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
    ☐ i. ☐ j. ☒ k. ☒ l.          ☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
    ☒ m. (☐ i, ☐ ii, ☐ iii, ☒ iv)     ☐ w. (☐ 1, ☐ 2)
    ☒ n. ____JRT and family_____      ☐ x. (other)

_____

Defendant requests Federal Public Defender/Ct. Appt. Counsel: ☒ Yes ☐ No

Defendant's Attorney:    Robert Ridenour

       ☒ FPD; ☐ Ct Appt; ☐ Ret Cnsl;
       ☐ Counsel not present, to be appt on appearance

AUSA:    Nathan Michel

## MINUTES:

Interpreter: _____ ; ☐ Sworn

☒ Defendant appeared in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition on PTR/SR/Prob; ☐ Rule 5

☒ Financial Affidavit received and FPD/CJA appointed

☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

_____   _____   _____   _____
First/Fore-/Given Name(s):     Middle Name(s):     Last/Sur-/Family Name(s):     Suffix

☐ Government requested; and ☐ Court ordered:

     ☐ Defendant's name be added as an a/k/a

     ☐ Defendant's name be corrected by interlineation to reflect Defendant's true and correct name as stated in open court and all previous filings are amended by interlineation to reflect the same

☐ Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☒ Bond set for $10,000.00; Bond and conditions of release executed ☐ Did judge grant an oral motion to stay the release order?

☒ Arraignment held and Defendant pleads not guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

    Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☐ Defendant detained and remanded to custody of U.S. Marshal:

     ☐ Pending further proceeding; ☐ Pending release on bond for treatment

☐ Defendant to remain released on previous conditions

☐ Motion for Detention # _____ : ☐ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing

☐ Motion for Hearing # _____ : ☐ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing

**Additional Minutes:** _____

_____

_____