



**SEALED**

AO 442 (Rev. 10/13) Arrest Warrant

**FILED**

JUN 0 5 2026

*Case unsealed 6/4/2026*

## UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

USMS-N/OK RCVD:
JUN 3 2026 AM 9:58

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. **2 6 CR - 2 2 1 SEH** |
| DAVID GLEN SHUCK | ) | |
| *Defendant* | ) | |

### ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DAVID GLEN SHUCK,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B) and 115(b)(4) – Threatening to Assault and Murder a Member of Congress with Intent to Impede, Intimidate, Interfere, and Retaliate
18 U.S.C. § 875(c) – Interstate Communication with a Threat to Injure
18 U.S.C. § 115(a)(1)(A) and 115(b)(4) – Threatening to Assault and Murder an Immediate Family Member of a Member of Congress with Intent to Impede, Intimidate, Interfere, and Retaliate

Date: **JUN 0 2 2026**

_____
*Issuing officer's signature*

City and state:  Tulsa, Oklahoma

Heidi D. Campbell, Court Clerk
*Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* **06/03/26** , and the person was arrested on *(date)* **06/04/26** | |
| At *(city and state)*  **Cleveland, OK** | |
| Date:  **06/04/26** | |

_____
*Arresting officer's signature*

Seth Raffer  DUSM
*Printed name and title*

NEM/bp