**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

Plaintiff,

vs.

Case No.: 26-cr-00221-SEH-1

David Glen Shuck

Defendant.

**WAIVER OF SPEEDY TRIAL**

The Defendant, David Glen Shuck ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from August 3, 2026 to September 8, 2026 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

David Shuck
Defendant

6-17-26
Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

Attorney for Defendant

6/17/26
Date