**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>David Glen Shuck,<br><br>Defendant(s). | Case No.: 26-cr-0221-SEH<br>Date: 8/12/2026<br>Court Time: 9:03-9:24<br><br>**MINUTE SHEET ARRAIGNMENT and/or CHANGE of PLEA – Magistrate Judge – Felony Case** |

Christine D. Little, U.S. Magistrate Judge    T. Calico, Deputy Clerk    Magistrate Courtroom 2

Counsel for Plaintiff: Nathan Edward Michel

Counsel for Defendant: Robert Allen Ridenour, FPD

Probation Officer: ______________________

Age of Defendant: 63    Interpreter: ______________________ ☐ sworn

Defendant appears in person: ☑ with Counsel; ☐ Counsel waived; ☐ w/o Counsel; Defendant: ☑ sworn;

☑ Defendant Consents to Magistrate conducting Guilty Plea Hearing

☑ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

| First/Fore-/Given Name(s) | Middle Name(s) | Last/Sur-/Family Name(s) | Suffix |
|---|---|---|---|
| | | | |

☐ Government requested; and ☐ Court ordered:

☐ Defendant's name be added as an a/k/a

☐ Defendant's name be corrected by interlineation to reflect the same

☐ Defendant acknowledges receipt of Indictment

☐ Defendant enters not guilty plea as to Count(s) _____ of the Indictment    ☐ Schedule to be entered

Defendant waives: ☐ Indictment; ☑ Jury Trial; ☐ Speedy Trial; ☐ 30 Days Preparation; ☐ Separate Representation

☑ Waivers approved by Court;

Defendant advised of: ☑ charge and ☐ arraigned; Indictment: ☑ Read ☐ Reading waived

☑ Defendant relates fact of charge

☑ Defendant withdraws not guilty plea(s) as to Count(s) 3 of the Indictment

☑ Defendant enters guilty plea to as to Count(s) 3 of the Indictment

☑ Remaining Count(s) to be dismissed at sentencing: _____

☑ Petition to enter plea of Guilty sworn and executed

☐ Findings re: Plea Agreement made; ☑ Findings re: Plea agreement reserved

☑ Defendant adjudged guilty as charged as to as to Count(s) 3 of the Indictment

☑ Petition ☑ and Plea Agreement disclosed in open Court and will be filed of record ☑ PSI ordered

☐ SENTENCING SET __________ at 8:00 a.m.

☑ SENTENCING to be set by District Judge

☑ Defendant allowed to stand on present bond; ☑ Government stipulates, findings made

☐ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** ______________________________________________